

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00795-CV

**IN RE** Marshall and Angela **GILSON**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice

Delivered and Filed: November 20, 2013

PETITION FOR WRIT OF MANDAMUS DENIED AND
PETITION FOR EMERGENCY RELIEF DENIED

Relators Marshall and Angela Gilson filed this petition for writ of mandamus and motion for emergency relief on November 8, 2013, complaining the trial court abused its discretion in granting Real Party in Interest's Motion to Dismiss for Lack of Jurisdiction. The court has considered relators' petition and is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 13-1078-CV, styled *In the Interest of G.A., A Child*, pending in the 25th Judicial District Court, Guadalupe County, Texas, the Honorable Linda Z. Jones, presiding.